**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BARBARA GANS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 23-1616 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| CENTURY III KIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On approximately November 22, 2023, Plaintiff submitted to the Clerk of Court incomplete/incorrect Marshal service forms. Most importantly, Plaintiff has not identified service addresses for the Defendants. Although Plaintiff is permitted to seek Marshal service, in light of her in forma pauperis status, this does not include the Marshal determining proper service addresses.

Enclosed with this Order are: (a) "Instructions for Completing AO 398 and AO 399" (generated by the United States District Court for the Middle District of Pennsylvania, and revised for use in this Court/case); and (b) U.S. Marshal Form 285 (importantly, Plaintiff must complete the "SERVE AT" portion, identifying the Defendant to be served, and the address for service).

Plaintiff must complete forms AO 398, AO 399 and U.S. Marshal Form 285 for each Defendant, and submit them to the Clerk of Court. (Plaintiff already has submitted two copies of the Complaint, and those need not be resubmitted.) The deadline for Plaintiff's submission of the revised forms is **December 22, 2023**.

2

While the Court is mindful that Plaintiff is proceeding without a lawyer, there are, and will continue to be, minimal requirements she must meet in order to so proceed. This includes identifying Defendants' addresses of service, and completing the service forms in such a manner that they can be processed. Should Plaintiff fail to timely comply with this Order, or prove incapable of the minimal requirements identified herein, the case may be dismissed for her failure to comply with Court Order(s).

IT IS SO ORDERED.


December 11, 2023                          s/Cathy Bissoon
                                           Cathy Bissoon
                                           United States District Judge


cc (via First-Class U.S. Mail):

Barbara Gans
153 Camp Ave
Braddock, PA  15104